Exhibit A to the Complaint

**Location:** Honolulu, HI  
**Total Works Infringed:** 35  
**IP Address:** 98.155.209.142  
**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | B2C86C7B0DBEE7954D6C0B8E80E2355051A3FF34 | 01/18/2025 23:48:18 | TushyRaw | 01/17/2025 | 02/18/2025 | PA0002516153 |
| 2 | 10010e0ae9b8eccc8857e3505f7cd04f44032b32 | 01/14/2025 00:58:04 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 3 | 3c7b023340db0a1fdc1ef9acd55dea3e3b120bb5 | 12/17/2024 00:16:10 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 4 | 51a85849a4f9f4b1334c9650a542c1a0b7b5641a | 10/14/2024 04:04:27 | Tushy | 07/14/2024 | 08/14/2024 | PA0002484875 |
| 5 | 3CAE4D001D9927A5FE9CDA97CF5770CF92C873FD | 10/12/2024 17:22:39 | Blacked | 07/07/2024 | 07/15/2024 | PA0002480445 |
| 6 | 92666f3f719e28db20e67ae04c2bc35ffc182267 | 09/24/2024 03:36:35 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 7 | e06c9e95888393e06fa0c8392a0aaf8253af65b9 | 09/23/2024 12:31:17 | Vixen | 12/17/2021 | 01/17/2022 | PA0002330110 |
| 8 | be57461cb8758373e76fa39737b733f0ba62120d | 09/18/2024 02:04:38 | Vixen | 08/12/2022 | 08/30/2022 | PA0002367721 |
| 9 | 962e6cd61dc1718bf8b6f999696d106440787b24 | 09/17/2024 02:41:08 | Tushy | 03/19/2023 | 04/07/2023 | PA0002405758 |
| 10 | 88c693077e62ed10fe6913bbd14ecd99852bae8f | 09/17/2024 02:41:07 | Vixen | 07/09/2021 | 08/20/2021 | PA0002312016 |
| 11 | b160d5fe354b05727255df13ec9244d268d9ee75 | 09/13/2024 08:50:44 | Slayed | 08/01/2023 | 08/22/2023 | PA0002431033 |
| 12 | 0129bdc7576c84b0b74378f05bb40d3debf49a71 | 09/05/2024 18:12:15 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 13 | 609433010E2A8858F757C9AB8E870347B14F2885 | 08/19/2024 01:35:16 | Vixen | 08/16/2024 | 09/18/2024 | PA0002490433 |
| 14 | 2b14eb47ea4be7a56f54bc91505086cd1c7d61bb | 08/10/2024 00:04:19 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 15 | F1A59AC2EC0EA96E96F2C6C2EE04F3D66677105D | 08/08/2024 22:09:32 | Blacked Raw | 05/13/2024 | 06/18/2024 | PA0002476936 |
| 16 | 37ed599e5aca46c8f3905c98fe12e91cd602ee13 | 07/31/2024 16:06:07 | Vixen | 10/06/2023 | 10/18/2023 | PA0002435605 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | e3c76515628632c1a7497f9ea2f4646f3ae42c1c | 07/29/2024 04:15:53 | Blacked Raw | 09/06/2022 | 10/05/2022 | PA0002373770 |
| 18 | 9ad0f352f5aec92c771dbfb0d288a7b776a17a82 | 07/24/2024 05:53:47 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 19 | 793dcd9b71ccf7875fc49721687a2ab6463ad734 | 07/20/2024 23:42:38 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 20 | 3bf6cc0941862c8276d58b9e5e2e7c2540661acf | 07/20/2024 19:30:39 | Blacked | 09/25/2021 | 10/05/2021 | PA0002315288 |
| 21 | dfebde1f0440b91f41fd2995753f356b9b050507 | 07/16/2024 20:45:16 | Tushy | 11/21/2021 | 12/09/2021 | PA0002325830 |
| 22 | e416d9520585e6b0bc278c9aa5e8cc4c5bc1505b | 07/11/2024 22:39:14 | Blacked | 03/19/2022 | 03/29/2022 | PA0002342841 |
| 23 | A6807340C6817FF534756ADF591D1FF9B5553414 | 07/07/2024 22:00:42 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 24 | a544ef3219bb3ff1256a3bc763d2a34b262da55f | 07/03/2024 04:25:45 | Blacked | 04/02/2022 | 04/23/2022 | PA0002346422 |
| 25 | D323DF15757C4696326468CF52D20F0E4192B39C | 06/23/2024 19:17:02 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 26 | 305df42cf0a78f340c5e803b1226a83d10398309 | 06/14/2024 23:20:49 | Blacked Raw | 05/02/2022 | 05/20/2022 | PA0002350372 |
| 27 | b6bd0a396410cc0ea882312ef1320d9a5e8f5771 | 06/11/2024 11:30:00 | Blacked | 12/18/2021 | 01/17/2022 | PA0002330124 |
| 28 | eb9228dbe035e687406618acc173e30081a1489f | 06/07/2024 13:59:51 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 29 | 638f1af041f16161c2c2f67102b814846463d169 | 05/12/2024 01:04:57 | TushyRaw | 04/09/2024 | 05/08/2024 | PA0002470010 |
| 30 | 7491fd90952ddaa709b41496bd827fd16fad5a96 | 05/09/2024 14:03:54 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 31 | FF043AFADB5B9E294197D4A4AEE670FA7FE1334B | 04/25/2024 08:41:46 | Milfy | 04/10/2024 | 06/24/2024 | PA0002477492 |
| 32 | d9d4959890e17e062486022d09babcec3f150481 | 03/02/2024 22:29:53 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |
| 33 | 62aca149c6b57c1e99db16874f88ab34f0362043 | 02/19/2024 22:38:50 | Tushy | 03/28/2021 | 04/27/2021 | PA0002288947 |
| 34 | 62ad94b2c1d0a43dc0a9ebe50f61b190cc426d90 | 02/19/2024 22:38:40 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | c7dbe73516cda8963906e5afc68641c74996a3da | 02/10/2024 01:28:58 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |